Exhibit A
USDC IN/ND case 2:23-cv-00297-APR document 3 filed 08/04/23 page 1 of 2
45C01-2308-CT-000881
Filed: 8/4/2023 9:46 PM
Clerk
Lake County, Indiana
Lake Circuit Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. |

| | |
|---|---|
| LUIS HERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) **JURY DEMAND** |
| LOVE'S TRAVEL STOPS AND COUNTRY STORES, INC. | ) |
| Defendant. | ) |

## COMPLAINT

Comes now Plaintiff, Luis Hernandez, by counsel, and for his Complaint against Love's Travel Stops and Country Stores says:

1. In January of 2023, Defendant owned and maintained the property at Love's Travel Stops and Country Stores in Lake County.

2. Defendant and its employees and/or agents had a duty to reasonably maintain the premises at 3150 Grant Street, the Love's Gas station in Gary, Indiana.

3. On or about January 31, 2023, Luis Hernandez was a customer at Love's Travel Stops and Country Stores at 3150 Grant St., Gary, Indiana.

4. On January 31, 2023, Plaintiff sustained personal injuries because the Defendant, its agents or employees, failed to reasonably maintain the premises for Luis Hernandez.

5. Due to the Defendant's negligence, Plaintiff sustained serious and permanent personal injuries, incurred medical expenses, lost income, and will incur future medical expenses.

WHEREFORE, Plaintiff, Luis Hernandez, prays for judgment against Defendant, Love's Travel Stops and Country Stores, Inc., in an amount which will fully, fairly and adequately compensate him for the severe and permanent personal injuries he suffered, all medical treatment and expenses, and for all other damages recoverable under Indiana law, for costs of this action and for all other just and proper relief in the premises.

## JURY DEMAND

Plaintiff demands trial by jury on all issues herein.

Respectfully submitted,

/s/William D. Beyers
William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana 46077
Telephone: (317) 873-8396
Facsimile: (317) 873-2276
bbeyers@bbinlaw.com

Attorney for Plaintiff