UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LUIS HERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> LOVE'S TRAVEL STOPS AND ) <br> COUNTRY STORES, INC., ) <br> ) <br> Defendants. ) | Cause No. 2:23-cv-297 |

**ORDER**

This matter is before the court on the Motion to Dismiss Without Prejudice [DE 18] filed by the plaintiff, Luis Hernandez, on February 1, 2024. The court, being duly advised in the premises, hereby **DISMISSES** this cause **WITHOUT PREJUDICE**. This case is now closed.

ENTERED this 4th day of April, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge