# UNITED STATES DISTRICT COURT
Northern District of Indiana

LUIS HERNANDEZ; )
*Plaintiff* )
v. ) Civil Action No. 2:23CV297
LOVES TRAVEL STOPS AND COUNTRY STORES INC; )
*Defendant* )

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This case is hereby DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Dismissal.   Magistrate Judge Andrew P. Rodovich   on a motion for

Date: April 12, 2024

*Chanda J. Berta, Clerk of Court*

s/ J. Darrah
*Signature of Clerk or Deputy Clerk*